**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Allanna Warren,<br><br>               Plaintiff,<br><br>v.<br><br>Pentagon Federal Credit Union or PENFED,<br><br>               Defendant. | Case No. 2:24-cv-00928-JAD-DJA<br><br>**Order** |

      Before the Court is Plaintiff's motion to vacate the Court's screening order. (ECF No. 9). Plaintiff argues that the Court must vacate the order because it was entered by the undesigned Magistrate Judge and Plaintiff declined the option for a Magistrate Judge to oversee her case. (*Id.*). However, the form Option to Decline Magistrate Judge Overseeing Your Case to which Plaintiff refers does not give parties the option to *remove* a Magistrate Judge from their case. Instead, that form allows parties to decide whether they would like a Magistrate Judge to make all the decisions in the case. (ECF No. 3). That form further provides that, if the party declines the option for a Magistrate Judge to make all the decisions, a District Judge will be randomly assigned to the case and "[t]he Magistrate Judge will still be involved in your case and make certain decisions before trial…" (*Id.*).

      Here, because Plaintiff has declined the option for the undersigned Magistrate Judge to make all of the decisions in this case, a District Judge has been assigned. So, she does not have a basis to vacate the undersigned's order. The Court thus denies her motion.

      Additionally, Plaintiff has not met the deadline to file an amended complaint. However, she filed her motion to vacate before that deadline passed. Because Plaintiff appears to have believed that the order setting that deadline was not operative, the Court will give her thirty more days to file an amended complaint.

1  **IT IS THEREFORE ORDERED** that Plaintiff's motion to vacate (ECF No. 9) is
2  **DENIED.**
3  **IT IS FURTHER ORDERED** that Plaintiff shall have until **August 26, 2024** to file an
4  amended complaint. Failure to comply with this order may result in a recommendation to the
5  assigned District Judge that this case be dismissed.

DATED: July 26, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE