# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Allanna Warren,

    Plaintiff

v.

Pentagon Federal Credit Union,

    Defendant

Case No.: 2:24-cv-00928-JAD-DJA

**Order Denying Motion to Stay Pending Appeal and Extending Deadline to File Amended Complaint to 9/26/24**

[ECF No. 12]

    Plaintiff Allanna Warren filed an appeal from the magistrate judge's order that gave her until August 26, 2024, to file an amended complaint.[1] She then filed a motion to stay this case pending that appeal, but the Ninth Circuit dismissed that appeal because the magistrate judge's order was not final or appealable.[2] Because no appeal is now pending, IT IS ORDERED that Warren's motion to stay **[ECF No. 12] is DENIED as moot**. In the interest of justice, and to avoid any confusion, IT IS FURTHER ORDERED that **Warren's deadline to file an amended complaint is extended to September 26, 2024. If Warren fails to file a proper amended complaint by that deadline, this case will be dismissed with prejudice and closed because there are no claims currently pending.** Warren should carefully review the deficiencies identified by the magistrate judge's order at ECF No. 7 before filing an amended complaint.

                                                         _____
U.S. District Judge Jennifer A. Dorsey
September 11, 2024

---

[1] ECF No. 10.

[2] ECF No. 15.